ATLAS GLASS CO. v. BALL BROS. GLASS MFG. CO. et al. (Circuit Court of Appeals, Second Circuit. May 1, 1899.) No. 111. Appeal from the Circuit Court of the United States for the Northern District of New York. Wm. L. Pierce, for appellant. F. G. Fincke, for appellees. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges.

PER CURIAM. This appeal must be dismissed for want of jurisdiction. The case of Shepard v. Adams, 168 U. S. 618, 18 Sup. Ct. 214, is conclusive. See 87 Fed. 418.

BALTIMORE & O. R. CO. v. JOY. (Circuit Court of Appeals, Sixth Circuit.) Questions of law certified to the supreme court of the United States. See 19 Sup. Ct. 387.